*Municipal Court of the City of Boston*
No. 341583
ROSENFIELD ADVERTISING COMPANY, INC.
v.
BENJAMIN RABINOVITZ d/b/a BENTILL
PRESS & TR.
(December 31, 1952)

*Keniston, C.J.* This is a cross action tried with the case of *Rabinovitz* v. *Rosenfield Advertising Company* in which the plaintiff in this action seeks to recover upon an account annexed consisting of eight items and totalling $643.24. The answer is a general denial.

Although the report states that it "contains all the evidence material to the question reported," it is apparent, on reading the evidence contained in the report that it largely, if not entirely, consists of the evidence favorable to the plaintiff and omits most, if not all, evidence favorable to the defendant. So far as any question of law is raised it is unnecessary to restate the evidence set forth in the report.

The court having found for the defendant the plaintiff claims to be aggrieved by the court's rulings upon the plaintiff's requests as follows:

1. That there is sufficient evidence, as a matter of law, to warrant a finding for the plaintiff.

> Warrant but not require. I find on facts defendant does not owe for items enumerated in declaration.

2. That there is sufficient evidence, as a matter of law, to warrant a finding for the plaintiff on the declaration.

> Warrant but not require. See 1.

3. That there is sufficient evidence to warrant

a finding that the defendant failed, neglected and refused to return to the plaintiff certain articles which were the property of the plaintiff and the return of which was demanded by the plaintiff and refused by the defendant.

> Warrant but not require. I find on facts defendant has returned all goods to which plaintiff was entitled.

4. That there is sufficient evidence to warrant a finding that the defendant overcharged the plaintiff on a number of invoices submitted to the plaintiff, agreed to make certain adjustments in those overcharged and failed to do so up to the time of the trial of this action.

> Warrant but not require. I find on facts nothing is due plaintiff.

5. That upon all the evidence the court is warranted to make a finding that the defendant is indebted to the plaintiff in accordance with the account annexed in the declaration.

> Warrant but not require. See 4.

All these requests are based on the sufficiency of evidence to warrant findings for the plaintiff or against the defendant.

The rulings are all in effect granted, the court ruling "warrant but not require." The plaintiff cannot complain of rulings granted at his own request.

> *Baker* v. *Davis*, 299 Mass. 345
>
> *Korb* v. *Albany Carpet Cleaning Co.*, 301 Mass. 317, 318
>
> *Noble* v. *American Express Co.*, 234 Mass. 536, 539
>
> *Deyrmanjian* v. *Palais*, 311 Mass. 553, 555

The granting of these requests was not inconsistent with a finding for the defendant.

> *Liberatore* v. *Framingham*, 315 Mass. 538, 541-542 and cases cited.
>
> *Godfrey* v. *Caswell*, 321 Mass. 161

The credibility of witnesses testifying orally and the weight of their evidence was entirely for the trial judge to determine.

> *Topjian* v. *Boston Casing Co. Inc.*, 288 Mass. 167, 168 and cases cited.
> *Dolham* v. *Peterson*, 297 Mass. 479, 481

The plaintiff's evidence even though uncontradicted need not have been believed by the court.

> *Lindenbaum* v. *N.Y., N.H. & H. R.R.*, 197 Mass. 314, 323
> *Learned* v. *Hamburger*, 245 Mass. 461, 468
> *Engel* v. *Checker Taxi Co.*, 275 Mass. 471, 476
> *Ashapa* v. *Reed*, 280 Mass. 514, 517
> *Perry* v. *Hanover*, 314 Mass. 167, 170

The special findings of the trial judge that "defendant does not owe for items enumerated in declaration," "defendant has returned all goods to which plaintiff was entitled" and "nothing is due plaintiff" disposed of the plaintiff's case and would render any error in the rulings, if any existed, immaterial. The evidence did not require a finding for the plaintiff.

> *McDonough* v. *Metropolitan Life Insurance Co.*, 228 Mass. 450, 452 and cases cited.
> *Winchester* v. *Missin*, 278 Mass. 427, 428
> *Hoffman* v. *Chelsea*, 315 Mass. 54, 56
> *Owen* v. *Williams*, 322 Mass. 356, 361.

Report dismissed.
Wm. Aronoff, for the Plaintiffs.

Joseph S. Finstein, for the Defendants.